(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: 520 2015 02796

Linnea Rae Edorsson

Plaintiff(s)

FILED by PG D.C.
APR 2 4 2017
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

v.

Bee Free LLC.
2312 N Miami Avenue

Defendant(s)

*(TITLE OF DOCUMENT)*

I, Linnea R Edorsson, plaintiff or defendant, in the above styled cause,

Sex Discrimination and aggressive retaliation.

(Rev. 10/2002) General Document

## Certificate of Service

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
name(s) and address(es)

By: _____

Printed or typed name of Filer

_____
Florida Bar Number

_____
Phone Number

_____
Street Address

_____
City, State, Zip Code

_____
Signature of Filer

Linnea@LinneaRae.com
E-mail address

_____
Facsimile Number