UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21519-CIV-ALTONAGA/Goodman

**LINNEA RAE EDORSSON**,

      Plaintiff,
v.

**BEE FREE LLC**,

      Defendant.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 24, 2017, Plaintiff, Linnea Rae Edorsson filed a Complaint [ECF No. 1] and an Application to Proceed in District Court Without Prepaying Fees or Costs [ECF No. 4]. Plaintiff, a *pro se* litigant, has not paid the required filing fee, and the screening provisions of 28 U.S.C. section 1915(e) apply. Pursuant to that statute, courts are permitted to dismiss a suit "any time . . . the court determines that . . . (B) the action or appeal (i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." *Id.* § 1915(e)(2) (alterations added). Because the Complaint fails to state a claim, the Court concludes the action must be dismissed.

Federal Rule of Civil Procedure 8(a)(2) requires that a pleading contain a "a short and plain statement of the claim showing the pleader is entitled to relief[.]" FED. R. CIV. P. 8(a)(2) (alteration added). Rule 10(b) requires that the averments of a claim be made "in numbered paragraphs, each limited as far as practicable to a single set of circumstances. . . . [and] [i]f doing so would promote clarity, each claim founded on a separate transaction or occurrence . . . must be stated in a separate count . . . ." FED. R. CIV. P. 10(b) (alterations added).

CASE NO. 17-21519-CIV-ALTONAGA/Goodman

Even under the relaxed pleading standard afforded to *pro se* litigants, Plaintiff's Complaint fails to meet the foregoing requirements. *See Abele v. Tolbert*, 130 F. App'x 342, 343 (11th Cir. 2005). Plaintiff's five-word Complaint — in its entirety — alleges "sex discrimination and aggressive retaliation." (Compl. 1). It is wholly devoid of any facts beyond these legal conclusions. An EEOC form Charge of Discrimination [ECF No. 1-2] attached to the Complaint contains a brief factual background of Plaintiff's case, but this overview does not comply with the Federal Rules.

Independent of the insufficiency of the pleadings, the Court cannot ascertain the basis of its subject matter jurisdiction. The Civil Cover Sheet [ECF No. 1-1] indicates the action might be grounded in both diversity and federal question jurisdiction, but, again, it fails to provide facts allowing the Court to verify its jurisdiction over the case.

It is therefore **ORDERED AND ADJUDGED** that the Complaint **[ECF No. 1]** is **DISMISSED** without prejudice. The Application to Proceed in District Court Without Prepaying Fees and Costs **[ECF No. 4]** is **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida this 25th day of April, 2017.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:   Linnea Rae Edorsson, *pro se*